# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-569
Lower Tribunal No. 2013CF-321

_____

MARVIN GLEN COOK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Hardee County.
Michael E. Raiden, Judge.

June 4, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and SMITH, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Lisa B. Lott, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED